JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS SILVA,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED PARCEL SERVICE, INC., an Ohio corporation; and DOES 1 through 250, inclusive,<br><br>            Defendants. | Case No. 2:14-cv-02456-DDP-FFMx<br><br>**ORDER RE STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO UNITED PARCEL SERVICE, INC.**<br><br>District Judge:      Dean D. Pregerson<br>Courtroom:            3 - 2nd Floor<br><br>Magistrate Judge:  Frederick F. Mumm<br>Courtroom:            9 - 9th Floor<br><br>Removal Filed:     May 17, 2013<br>Trial Date:            September 22, 2015 |

2:14-cv-02456-DDP-FFMx

[PROPOSED] ORDER RE STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO UNITED PARCEL SERVICE, INC.

1  IT IS HEREBY ORDERED that the above-captioned action is dismissed
2  without prejudice by Plaintiff Carlos Silva against defendant UNITED PARCEL
3  SERVICE, INC.  Each party will bear its own costs of this action.  The Motion for
4  Summary Judgment (docket number 32) is vacated.

6  Dated: July 13, 2015

_____
The Honorable Dean D. Pregerson
United States District Judge